# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Tabitha Marie Waldon                             Docket No. 5:11-M-1186-1

## Petition for Action on Probation

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tabitha Marie Waldon, who, upon an earlier plea of guilty to Driving Under a Suspended License, in violation of 18 U.S.C. §§ 7 and 13, assimilating O.C.G.A. 40-5-121, was sentenced in the Southern District of Georgia, by the Honorable G. R. Smith, U.S. Magistrate Judge, on October 19, 2010, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant's fine of $500 may be converted to a community service rate of $5.00 per hour.

On January 24, 2011, the Southern District of Georgia was advised of the defendant's illegal drug use, and her request for both substance abuse and mental health treatment. Jurisdiction of this case was transferred to the Eastern District of North Carolina, in order to allow for modification of her conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted a urine specimen on December 16, 2010, which proved positive for cocaine and marijuana. On December 30, 2010, she submitted a urine specimen which proved positive for cocaine. She admitted the use of these substances and also admitted that she was self-medicating due to significant depression and being unable to cope with all of her responsibilities, including the care of her four minor children. She has sought counseling and has been prescribed an anti-depressant. While she has ceased the use of illegal drugs, she continues to suffer from significant depression and anxiety. She has requested assistance with seeing a psychiatrist as soon as possible. In order to better assist the defendant in her efforts to receive the necessary psychiatric care and medication, it is respectfully requested that her conditions of probation be modified to include drug aftercare and mental health treatment. Additionally, she is behind in her financial obligation to the court. However, this does not appear to be willful given her financial circumstances at this time.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Tabitha Marie Waldon
Docket No. 5:11-M-1186-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: March 29, 2011 |

**ORDER OF COURT**

Considered and ordered this 29 day of March, 2011, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge