UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:11-MJ-1186-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **AMENDED** |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **Tabitha Marie Waldon** | ) | |

On October 19, 2010, Tabitha Marie Waldon appeared before the Honorable G. R. Smith, U.S. Magistrate Judge in the Southern District of Georgia, and pursuant to a plea of guilty to Driving Under a Suspended License, in violation of 18 U.S.C. §§ 7 and 13, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on July 13, 2011, the court finds as a fact that Tabitha Marie Waldon, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Using a controlled substance.
2. Failure to pay a monetary obligation.
3. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 10 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report to the designated institution as notified by the U.S. Marshal.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 1st day of August, 2011.

James E. Gates
United States Magistrate Judge